UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


COREY CRIBBS II, et al.,

        Plaintiffs,                           Hon. Janet T. Neff

v.                                           Case No. 1:11-cv-713

JOEL CASE, et al.,

        Defendants.

_____/

## ORDER TO SHOW CAUSE

      This matter is before the Court on <u>Defendant City of Battle Creek Police Department's Motion to Dismiss</u>, (dkt. #13), and <u>Defendant Case's Motion to Dismiss</u>, (dkt. #16). Plaintiffs have failed to respond to Defendants' motions. Plaintiffs are hereby ordered to show cause why Defendants' motion should not be granted.

      Plaintiff Corey Cribbs II and his mother, Kameaka Tate, initiated the present action against Officer Joel Case, Officer Stephen Bash, Attorney Steven Parks, the City of Battle Creek Police Department, and two unknown parties. Plaintiffs' claims have since been dismissed, save their Fourth Amendment excessive force claims against Defendants Case and the Battle Creek Police Department. Defendants Case and Battle Creek Police Department now move to dismiss Plaintiffs' claims for failure to state a claim on which relief may be granted. Plaintiffs have failed to respond to Defendants' motions.

      Plaintiffs are hereby ordered to show cause why Defendants' motions should not be granted. **Plaintiffs shall comply with this Order no later than fourteen (14) days from the date of this Order to Show Cause. In the event that Plaintiffs fail to timely comply with this Order to**

**Show Cause, the undersigned will recommend that Defendants' motions be granted based on Plaintiffs' failure to prosecute this matter as well as their failure to comply with this Court's Orders**.  *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.


Date:  April 5, 2012                               /s/ Ellen S. Carmody
                                                   ELLEN S. CARMODY
                                                   United States Magistrate Judge